**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

April 28, 2020

**By ECF and Email**
Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

# MEMO ENDORSED

Re:   **United States v. Ricardo Garcia Diaz**, 20 Cr. 140 (LAK)

Dear Judge Kaplan,

    I write jointly with the Government to request a 60-day adjournment of the Government's discovery deadline and all pretrial motions deadlines in this case. Under the current schedule, the Government was to complete discovery by April 1, 2020, except for lab results which were due May 1, 2020. Mr. Garcia Diaz's motions were due June 1, 2020—one month after the discovery deadline—with the Government's opposition due June 15, 2020 and the Defendant's reply by June 22, 2020. Oral argument or a status conference was set for June 25, 2020. Due to backlogs at the Drug Enforcement Agency and other staffing issues related to the COVID-19 pandemic, the Government has represented to me that they will require an additional sixty days to complete producing discovery, including lab results as well as the results of electronic searches of seized devices. The Government has proposed that their deadline for producing these outstanding items of discovery be extended to July 1, 2020. I do not object, but I request that the deadline for Mr. Garcia Diaz's pretrial motions be extended until one month after the Government's new discovery deadline. Accordingly, the parties propose the following schedule:

- Government's discovery to be completed by July 1, 2020
- Defendant's motions to be filed by August 3, 2020
- Government's opposition due by August 17, 2020
- Defendant's reply by August 24, 2020
- Oral argument or status conference after August 25, 2020 at the convenience of the Court

    The parties do not anticipate a need to postpone the current trial date of October 19, 2020, and the Court has already excluded time through that date under the Speedy Trial Act. There have been no prior requests to adjourn any deadline in this case. Thank you for your consideration of this request.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
212.417.8770

Schedule approved. Argument or conference will be 9/10/202 at 2:15 pm

*[signature]*
5/1/2020

cc:   Ni Qian, Assistant U.S. Attorney