UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
                                      :
UNITED STATES OF AMERICA              :
                                      :   **ORDER**
    - v. -                            :
                                      :   20 CR 140 (LAK)
RICARDO GARCIA DIAZ,                  :
                                      :
            Defendant.                :
                                      :
- - - - - - - - - - - - - - - - - - - x

WHEREAS, the Court has referred to the magistrate judge on duty any change-of-plea proceeding in connection with the above-captioned case; and

WHEREAS, the Court understands that the defendant has requested to appear remotely for any change-of-plea proceeding;

THE COURT HEREBY FINDS, that further delay of the change-of-plea proceeding would result in serious harm to the interests of justice for the reasons described in the application of the parties dated November 30, 2020; and

THE COURT HEREBY ORDERS, that the anticipated change-of-plea proceeding is referred to the magistrate judge on duty to be conducted by video conference.

SO ORDERED.

Dated: New York, New York
       12/1, 2020

THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK