UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

RICARDO GARCIA DIAZ

Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20-CR-140   (LAK)

Defendant __Ricardo Garcia Diaz__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

_X_ Change-of-Plea Hearing

_AW pp Ricardo Garcia Diaz_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Ricardo Garcia Diaz**
Print Defendant's Name

_/s/ Ariel Werner_
Defendant's Counsel's Signature

**Ariel Werner**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_2·17·2021_
Date

_Kathy H Parker_
U.S. District Judge/U.S. Magistrate Judge