UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

         - v. -

RICARDO GARCIA DIAZ,

         Defendant.

- - - - - - - - - - - - - - - X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/2021

**ORDER ACCEPTING THE PLEA ALLOCUTION BEFORE A UNITED STATES MAGISTRATE JUDGE**

S1 20 CR 140 (LAK)

Lewis A. Kaplan, United States District Judge

On February 17, 2021, pursuant to Federal Rule of Criminal Procedure 11, United States Magistrate Judge Katharine H. Parker, after presiding over a plea allocution conducted via telephone conference with the defendant's consent, reported and recommended that the defendant's plea of guilty be accepted. The Court has reviewed the transcript of the plea allocution, finds that videoconferencing was not reasonably available for the plea allocution pursuant to Section 15002(b)(2)(A) of the CARES ACT, and has determined that the defendant entered the plea of guilty knowingly and voluntarily and that there is a factual basis for it. Accordingly, it is hereby

ORDERED that the defendant's plea of guilty is acceptable to the Court. The Clerk of Court is directed to enter the defendant's plea of guilty.

Dated:   New York, New York
         ~~February~~ __, 2021
         June 29

_____
THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK